PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATTILIO CANTANESE, | ) | |
| | ) | CASE NO. 4:11CV1152 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FEDERAL EXPRESS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 4] |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KEVIN HISCOX, | ) | |
| | ) | CASE NO. 4:11CV1153 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FEDERAL EXPRESS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

This action is before the Court upon the parties' Joint Motions to Sever and Consolidate for Purposes of Discovery (ECF No. 4). For good cause shown, the motion to consolidate is granted in part. Case No. 4:11CV1152 and Case No. 4:11CV1153 are hereby consolidated for purposes of discovery pursuant to Fed. R. Civ. P. 42(a).

The Clerk of Court shall docket the within Order in both Case No. 4:11CV1152 and Case No. 4:11CV1153. Henceforth, all pleadings and other papers for the above-entitled actions shall only be filed in and docket entries shall only be made in Case No. 4:11CV1152.

(4:11CV1152 & 4:11CV1153)

Whether Plaintiffs Russell Jackson, Adelbert Lawrence and Kenneth Miner should be severed from *Kelly, et al. v. FedEx Ground Package System, Inc.*, Case No. 5:08CV1225 (filed May 16, 2008) (Adams, J.) and allowed to proceed under the caption, *Jackson, et al. v. Federal Express Corp, et al.*, however, is not an issue to be resolved by the undersigned.  Moreover, whether the individual claims of Plaintiffs Russell Jackson, Adelbert Lawrence and Kenneth R. Miner should be consolidated with the individual claims of Plaintiffs Attilio Cantanese and Kevin Hiscox for purposes of discovery is not ripe at this time.  Therefore, these issues of severance and consolidation are not decided by the within ruling.

IT IS SO ORDERED.

 July 20, 2011                        */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                           United States District Judge